# United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE:  Kory Wilson | ) | Chapter 13 |
| | ) | Case No. 15 B 23888 |
| Debtor(s) | ) | Judge Timothy A Barnes |

## Notice of Motion

Kory Wilson  
3008 W 60th St  
Chicago, IL 60629

Debtor Attorney: David M Siegel  
via Clerk's ECF noticing procedures

On December 12, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 744
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, December 3, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On July 13, 2015, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on September 21, 2015, for a term of 36 months with payments of $100.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 53 | $5,648.00 | $5,430.00 | $211.18 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 12/03/2019  
Due Each Month: $100.00  
Next Pymt Due: 12/12/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 06/26/2019 | W-PAYPAL INC | $46.15 | 07/10/2019 | W-PAYPAL INC | $46.15 |
| 07/24/2019 | W-PAYPAL INC | $46.15 | 08/07/2019 | W-PAYPAL INC | $46.15 |
| 08/21/2019 | W-PAYPAL INC | $46.15 | 09/04/2019 | W-PAYPAL INC | $46.15 |
| 09/18/2019 | W-PAYPAL INC | $46.15 | 10/02/2019 | W-PAYPAL INC | $46.15 |
| 10/16/2019 | W-PAYPAL INC | $46.15 | 10/30/2019 | W-PAYPAL INC | $46.15 |
| 11/13/2019 | W-PAYPAL INC | $46.15 | 11/27/2019 | W-PAYPAL INC | $46.15 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee  
224 S Michigan Ave  
Ste 800  
Chicago, IL 60604  
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE